**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TOMMY TAYLOR**                                                                                    **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 3:13-cv-00920-CWR-FKB**

**CAROLYN W. COLVIN, ACTING**                                              **DEFENDANT**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball [Docket No. 20] and the written objection to the proposed findings and recommendation [Docket No. 21].  Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court has determined de novo the parts of the Magistrate Judge's disposition to which Plaintiff has objected.   Based upon the evidence, this Court, having given full consideration to the aforesaid objection and the Commissioner's response in opposition to the objection [Docket No. 22], finds the objection is not well taken. Substantial evidence supports the findings of the Administrative Law Judge, and the Commissioner's decision must be affirmed.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this Court, and the Court hereby dismisses Plaintiff's claims against the Defendant with prejudice.

**SO ORDERED AND ADJUDGED**, this the 24th day of September, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE